**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| BRUNO VILLAREAL-GARCIA, | No. 11-70941 |
| Petitioner, | Agency No. A036-012-215 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 9, 2015**
Pasadena, California

Before: KOZINSKI, CHRISTEN, and HURWITZ, Circuit Judges.

The Board of Immigration Appeals (BIA) determined that Bruno Villareal-Garcia was statutorily ineligible for discretionary relief.[1] Villareal petitions for

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[1]      The parties are familiar with the facts, so we do not recount them.

review.  We have jurisdiction to review legal questions under 8 U.S.C. §

1252(a)(2)(D), and we deny the petition.

1.    The BIA found that Villareal served a five-year sentence for his

attempted murder conviction.  Substantial evidence supports that finding.  Villareal

was therefore statutorily ineligible for discretionary relief under 8 U.S.C.

§ 1182(c)(1992), which excludes "an alien who has been convicted of one or more

aggravated felonies and has served for such felony or felonies a term of

imprisonment of at least 5 years."

2.    Villareal is also statutorily ineligible for discretionary relief under 8

U.S.C. § 1182(h).  The provision precludes relief when the individual has been

convicted of attempted murder, or of any other aggravated felony, regardless of

when the conviction took place.  8 U.S.C. § 1182(h); Immigration and Nationality

Technical Corrections Act of 1994, Pub. L. No. 103-416, § 203, 108 Stat. 4311,

4318.

3.    Villareal is statutorily ineligible for suspension of deportation under 8

U.S.C. § 1254(a)(2)(1996).  His 1992 aggravated felony conviction barred him

from making the required showing of good moral character.  8 U.S.C.

§ 1254(a)(2)(1996); 8 U.S.C. § 1101(f)(8); *Lopez-Castellano v. Gonzales*, 437 F.3d

848, 851 (9th Cir. 2006) (observing that § 1101(f)(8) applies to convictions entered on or after November 29, 1990).

Petition **DENIED**.